### FIRST NAT. BANK OF THOMASVILLE, GA., v. HOPKINS.

(Circuit Court of Appeals, Fifth Circuit. October 28, 1912.)

No. 2,395.

Petition to Superintend and Revise Proceedings of the District Court of the United States for the Southern District of Georgia, in Bankruptcy.

In the matter of the Montgomery Drug Company, bankrupt. On petition by the First National Bank of Thomasville, Ga., to superintend and revise an order made in summary proceedings instituted by J. S. Hopkins, trustee, requiring petitioner to pay over certain deposits. Petition dismissed.

W. C. Snodgrass and J. H. Merrill, both of Thomasville, Ga., for petitioner.

J. B. Copeland, of Valdosta, Ga., and O. A. Park, of Macon, Ga., for respondent.

Before PARDEE, Circuit Judge, and NEWMAN and MEEK, District Judges.

PER CURIAM. Having disposed of this case pending on appeal in No. 2,413 (199 Fed. 873), opinion filed this day, it is unnecessary to pass upon this petition, even if the same is well brought.

The petition therefore is denied.